**CGFD33** (10/01/16)



**ORDERED in the Southern District of Florida on April 4, 2018**

_John K Olson_

**John K Olson**
United States Bankruptcy Judge

---

**United States Bankruptcy Court**
**Southern District of Florida**
**www.flsb.uscourts.gov**

 **Case Number: 16–19427–JKO**
**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Mordehay Yakobovitch
aka Mordahay Yakobovitch
11065 NW 29 St
Coral Springs, FL 33065

SSN: xxx–xx–9833

# ORDER DISCHARGING TRUSTEE AND CLOSING CASE

An order dismissing the above named case has been entered. The trustee, Robin R Weiner, having filed a final report, is discharged and this case is closed.

*# # #*